1  Frank Frisenda  (State Bar No. 85580)
   **FRISENDA, QUINTON & NICHOLSON**
2  **11601 Wilshire Boulevard, Suite 500**
   **Los Angeles, California  90025**
3  Tel.:  (702) 792-3910
   Fax:  (702) 436-4176
4  E-Mail:  frankfrisenda@aol.com
   **Attorney for Plaintiff RODHELM**

FILED

2013 JAN 18  PM 2:39

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY _____

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9

10  ROD HELM, an individual,                 **CV13-00405-PGK(SHx)**
                                             Case No.: CV-00405

11                                      )
                                        )
12              **Plaintiff,**          )   **COMPLAINT FOR:**
                                        )
13                                      )   **(1) INFRINGEMENT OF**
                                        )       **REGISTERED TRADEMARK;**
14      **vs.**                         )   **(2) COMMON LAW TRADE NAME,**
                                        )       **TRADEMARK, AND SERVICE**
15                                      )       **MARK INFRINGEMENT;**
16  **RODNEY D. WALKER, an individual,  and** )
    **DOES 1 thru 10, inclusive,**      )   **(3) UNFAIR COMPETITION**
                                        )       **(VIOLATION OF 15 U.S.C. §**
17                                      )       **1125(a));**
                                        )
18              **Defendants.**         )   **(4) STATE LAW UNFAIR**
                                        )       **COMPETITION; AND**
19  _____)
                                        )   **(5) INJURY TO BUSINESS**
20                                          **REPUTATION AND DILUTION**
                                            **(CAL.BUS.& PROF. CODE § 14330)**
21

22                           **DEMAND FOR JURY TRIAL**

23

24       Plaintiff, ROD HELM (hereinafter "Plaintiff") complains of Defendant RODNEY D.

25  WALKER, an individual, (hereinafter referred to as "Defendant" ) and alleges as follows:

26

27

28

                                       1
      _____
         COMPLAINT FOR INFRINGEMENT OF REGISTERED TRADEMARK, ETC.

## SUMMARY

1.   **This action for injunctive relief, monetary damages, and other appropriate relief arises under Federal law, the provisions of the Trademark Laws of the United States (the Lanham Act of 1946), as amended, 15 U.S.C. §§ 1051 et seq., and under the statutes and common law of the State of California.**

2.   **Plaintiff Rod Helm, is the federally registered owner of trademarks for GRANT MANAGEMENT USA and GRANT WRITING  USA (hereinafter referred to collectively as the "Trademarks") which he has used continually in commerce for over ten (10) years.**

3.   **Plaintiff's business GRANT WRITING USA is commonly known throughout the grant writing and grant management community as a well known and well respected entity with a stellar reputation for its workshops and seminars.**

4.   **GRANT WRITING USA delivers training programs across America that dramatically enhance performance in the areas of grant writing, grants management and grant maker research.  Plaintiff has coached, trained, and consulted for nearly 15,000 top-rank organizations and more than 25,000 individual achievers from every imaginable domain; leaders of government, philanthropists, academics, outstanding nonprofit managers, top performing staffers, everyday heroes. (Exhibit 1 hereto)**

## PARTIES

5.   **Plaintiff, Rodney Helm ("Plaintiff") is an individual residing at 4060 Dustin Avenue, Las Vegas, Nevada  89120.**

6.   **Upon information and belief, since at least October 2011, Defendant Rodney D. Walker ("Defendant Walker") is an individual  residing at 1210 Palm Ter, Pasadena, California  91104.  Defendant Walker is doing business as GRANT CENTRAL USA (Exhibit "2" hereto).**

7.   **The true names and capacities, whether individual, corporate or otherwise, of the defendants named herein as DOES 1 through 10 are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will seek to amend this**

Complaint to allege the true names and capacities of said Defendants when they have ascertained such information.  Plaintiff is informed and believes that each of the Defendants named herein as DOES 1 through 10 has participated in some or all of the acts or conduct alleged in this Complaint and is liable to Plaintiff by reasons thereof.

8.  On June 12, 2012, U.S. Trademark Registration No. 4,156,767 ("the '767 Trademark") was duly and legally issued to Rod Helm for the mark entitled "GRANT WRITING USA."  The registration is in force.  (Appended hereto as Exhibit "3" is a true and correct copy of U.S. Trademark Registration No. 4,156,767).

9.  On June 12, 2012, U.S. Trademark Registration No. 4,156,769 ("the '769 Trademark") was duly and legally issued to Rod Helm for an mark entitled "GRANT MANAGEMENT USA."  The registration is in force.  (Appended hereto as Exhibit "4" is a true and correct copy of U.S. Trademark Registration No. 4,156,769).

10.  Since at least 2002, Plaintiff has promoted its trade names and marks through a variety of promotional activities, including conducting seminars throughout the United States.

11. As a result of Plaintiff's marketing efforts, the trade names, trademarks, and service marks GRANT WRITING USA and GRANT MANAGEMENT USA have obtained strong secondary meaning indicating source with respect to providing advisory services in the field of writing, administration and management of government and private section and widespread recognition within the relevant markets.

## JURISDICTION AND VENUE

12. This action for injunctive relief, monetary damages, and other appropriate relief arises under Federal law, the provisions of the Trademark Laws of the United States (the Lanham Act of 1946), as amended, 15 U.S.C. §§ 1051 et seq., and under the statutes and common law of the State of California.  This Court has jurisdiction over Plaintiff's federal claims under 15 U.S.C. §§ 1121 and 1125 and 23 U.S.C. § 1338(a).  The Court has jurisdiction of the stat unfair competition claims under 28 U.S.C. § 1338(b), in that those claims are joined with substantial and related claims under 15 U.S.C. § 1051 et seq.  This Court also has supplemental jurisdiction over the state claims under 28 U.S.C. § 1367, in that those claims

are related to claims under this Court's original jurisdiction and form part of the same case or controversy under Article III of the United States Constitution.

13. Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b) and (c).

## DEFENDANT'S INFRINGING ACTIVITIES

14. Plaintiff realleges paragraphs 1 through 13 as if fully set forth herein.

15. Upon information and belief, Defendant Walker has intentionally used a confusingly similar trade name "GRANT CENTRAL USA" as trade names and brands in the promotion of grant management and grant writing through interstate commerce.

16. In more detail, Defendant Walker utilizes GRANT CENTRAL USA as a business promoting  online grant writing courses at Grant Central USA. (Exhibit"2")

17. The use of GRANT WRITING USA by Defendant Walker in conjunction with the operation of an advisory service in the field of writing, administration and management of government and private sector grants to grant proposal teams, grants administrative offices, and grant making entities and other services is without permission, consent, or authority of Plaintiff.

18. Defendant Walker has failed to reply to Plaintiff's cease and desist letter concerning Defendant's acts of trade name, trademark, and service mark infringement and unfair competition dated October 5, 2012 (Exhibit "5"), which stated as follows:

> "...It has recently come to Mr. Helm's attention that your company, Grant Central USA, is using a name similar to that of Mr. Helm's Trademarks.  In addition, it also appears that portions of the language used on your website to advertise your services and business model are quite similar to the language used by Mr. Helm's website in connection with his federally protected Trademarks.  Not only are your company's name, website and services with this similar name being confused by both existing and potential clients, it is also causing confusion with colleagues within the grant writing and grant management community,  Furthermore, the use of the words "Grant Management USA" and "Grant Writing USA" and/or similar terms when used in the promotion of grant management and grant writing through interstate commerce without the express permission of Mr. Helm is a violation of his federal rights and

4

constitute a violation of the United States Trademark and Unfair Competition Act under 15 U.S.C.  §§ 1051, 1125(a) and 1125(c)

With the above in mind, we must respectfully demand that you take any and all actions required to cease and desist this unauthorized use of the words "Grant Management USA" and "Grant Writing USA" and/or similar terms when used in the promotion of grant management and grant writing by your business.  "

## COUNT ONE

### (Against Defendants for Infringement of Federally Registered Trademark, 15 U.S.C. § 1114)

19. Plaintiff repeats and realleges the allegations of Paragraphs 1 through 18 above as if fully set forth herein.

20. Plaintiff is the owner of the federally registered trademark "GRANT WRITING USA" for use in connection with respect to providing advisory services in the field of writing, administration and management of government and private section and widespread recognition within the relevant markets. (Exhibit "3")

21. Plaintiff is the owner of the federally registered trademark "GRANT MANAGEMENT USA" for use in connection with providing advisory services in the field of writing, administration and management of government and private section and widespread recognition within the relevant markets. (Exhibit "4")

22. Defendants' use in commerce, without Plaintiff's consent, of a reproduction, counterfeit, copy or colorable imitation of its registered trademark, in connection with the sale, distribution, and/or advertising of  advisory services in the field of writing, administration and management of government and private section and widespread recognition within the relevant markets and other services is likely to cause confusion, and/or to cause mistake or to deceive the trade and/or consuming public, and constitutes infringement and counterfeiting.

23. By these wrongful acts, Defendants have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury and damage to Plaintiff and to the

COMPLAINT FOR INFRINGEMENT OF REGISTERED TRADEMARK, ETC.

goodwill, reputation, and proven business success associated with Plaintiff's registered trademarks.

24. Upon information and belief, Defendants have profited or will profit by its wrongful conduct and activities.

25. Plaintiff has no adequate remedy at law.

## COUNT TWO

### (Against Defendants for Common Law Trade Name, Trademark, and Service Mark Infringement)

26. Plaintiff repeats and realleges the allegations of Paragraphs 1 through 25 above as if fully set forth herein.

27. Plaintiff owns and enjoys common law trade name, trademark, and service mark rights throughout the United States in the trade names, trademarks, and service marks "GRANT WRITING USA" and "GRANT MANAGEMENT USA" in connection with providing advisory services in the field of writing, administration and management of government and private section and widespread recognition within the relevant markets.

28. Defendants' use in commerce, without Plaintiff's consent, of the reproduction, counterfeit, copy or colorable imitation of these names and marks in connection with providing advisory services in the field of writing, administration and management of government and private section and widespread recognition within the relevant markets, and other services is like to cause confusion, and/or to cause mistake or to deceive the trade and/or consuming public.

29. By these wrongful acts, Defendants have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury and damage to Plaintiff and to the goodwill, reputation, and proven business success associated with Plaintiff's names and marks GRANT WRITING USA and GRANT MANAGEMENT USA throughout the United States.

30. Upon information and belief, Defendants have profited or will profit by its wrongful conduct and activities.

31. Plaintiff has no adequate remedy at law.

6

## COUNT THREE

### (Against Defendants for Unfair Competition, Violation of 15 U.S.C. § 1125(a))

32. Plaintiff repeats and reallages the allegations of Paragraphs 1 through 31 above as if fully set forth herein.

33. Defendants' use in commerce of words, terms, names, symbols or devices, or combination thereof, including but not limited to numerous variations of the name and mark "GRANT WRITING USA" and "GRANT MANAGEMENT USA", on or in connection with the sale of goods and providing services area a false designation of origin and false and misleading representations of fact which are likely to cause confusion or to cause mistake or to deceive the trade and/or consuming public as to the affiliation, connection, or association of Defendants and Plaintiff, or as to the origin, sponsorship, or approval of products sold by Defendants.

34. As a result of the acts set forth above, Defendants have violated Section 43(a) of the Lanham Act of 1946, 15 U.S.C. § 1125(a) and Plaintiff has been and, until Defendants are restrained by the Court, will continue to be seriously and irreparably harmed.

35. Upon information and belief, Defendants have profited or will profit by its wrongful conduct and activities.

36. Plaintiff has no adequate remedy at law.

## COUNT FOUR

### (Against Defendants for Unfair Competition Under California Law, Business and Professions Code Section 17200 et seq.)

37. Plaintiff repeats and realleges the allegations of Paragraphs 1 through 36 above as if fully set forth herein.

38. The acts of Defendants alleged above constitutes unfair competition in that they are unlawful, unfair and/or fraudulent acts or business practices and/or unfair, deceptive, untrue or misleading advertising prohibited by California law, including Business and Professions Code Section 17200 et seq.

7

39. As a result of Defendants' unfair competition, Plaintiff has been seriously and irreparably harmed. Defendants' acts of unfair competition will be ongoing unless enjoined by this Court, the Court makes such orders as necessary to prevent the use or employment by Defendants of any act or practice which constitutes unfair competition in the future, and the Court restores Plaintiff any money which may have been acquired by Defendants by means of unfair competition.

## COUNT FIVE

### (Against Defendants for Trademark Dilution
### Cal. Bus. & Prof. Code § 14430)

40. Plaintiff repeats and realleges the allegations of Paragraphs 1 through 39 above as if fully set forth herein.

41. As a result of Plaintiff's widespread and continuous use of its trade names and marks in commerce in the United States since 2002, Plaintiff's "GRANT WRITING USA" and "GRANT MANAGEMENT USA" trade names and marks are famous within the meaning of the relevant statutes.

42. Defendants' commercial use of Plaintiff's names and marks was willfully intended to trade on Plaintiff's reputation.

43. Defendants' commercial use of Plaintiff's trade names and marks, which commenced after Plaintiff's trade names and marks became famous, has caused and continues to cause irreparable injury to Plaintiff and its business reputation and has diluted the distinctive quality of Plaintiff's famous names and marks within the meaning of Calif.Bus.& Prof.Code § 14330.

44. As a result of Defendants' conduct, Plaintiff is entitled to injunctive relief, and is entitled to recover all damages cause by reason of Defendants' acts.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays this Honorable Court enter a judgment:

1.   That pursuant to 15 U.S.C. § 1125, Rule 65 of the Federal Rules of Civil Procedure

and Section 17235 of the California Business and Professions Code, Defendants, its officers, agents, servants, employees, attorneys and all those persons in active concert or participation with them be immediately and permanently enjoined and restrained from:

    a)  Using the marks "GRANT WRITING USA" and "GRANT MANAGEMENT USA", in whole or as part of any mark, name or logo, or using any confusingly similar designation, alone or in combination with other words, as a trademark, service mark, trade name, trade name component, brand or otherwise, to market, advertise or identify Defendant's services;

    b)  Otherwise infringing Plaintiff's marks;

    c)  Unfairly competing with Plaintiff in any manner whatsoever; or

    d)  Causing actual confusion, a likelihood of confusion, injury to Plaintiff's goodwill, reputation, and proven business success, and/or dilution of the distinctiveness of Plaintiff's marks.

  2.  That Defendants be directed to file with this Court and serve on Plaintiff within thirty (30) days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which Defendants has complied with the injunction.

  3.  That Defendants be required to deliver up and destroy all devices, signage, literature, advertising, containers, packaging, product parts and other material bearing the infringing designation.

  4.  That Defendants be required to conduct remedial advertising in an effort to mitigate the damage done to Plaintiff's goodwill, reputation and proven business success in all geographic areas where Defendant has sold, delivered, distributed or marketed its infringing goods and/or services, and restore Plaintiff's monies lost as a result of its unfair competition.

  5.  That Defendants be required to conduct an accounting of profits, and that Plaintiff be awarded Defendants' profits resulting from its wrongful acts, or, if Plaintiff so elects before trial, statutory damages.

  6.  That Defendants be required to recall all of its products bearing the infringing designation(s), and further be required to remove from said goods and destroy all such infringing designations.

1       7.    That Plaintiff's damages be trebled because of Defendants' intentional and willful

2  infringement.

3       8.    That Plaintiff have and remover punitive damages.

4       9.    That Plaintiff have its costs of suit, including attorneys' fees

5      10.  That Plaintiff obtain such other and further relief as the Court may deem just and

6  appropriate.

                                      **FRISENDA, QUINTON & NICHOLSON**

Dated:   **January 17, 2013**         **By:** _____

                                        **FRANK FRISENDA, JR.**
                                        **Attorneys for Plaintiff**
                                        **Rod Helm**

COMPLAINT FOR INFRINGEMENT OF REGISTERED TRADEMARK, ETC.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury.

FRISENDA, QUINTON & NICHOLSON

Dated:   January 17, 2013            By:

FRANK FRISENDA, JR.
Attorneys for Plaintiff
Rod Helm

---

11

COMPLAINT FOR INFRINGEMENT OF REGISTERED TRADEMARK, ETC.

# EXHIBIT 1



**GRANT WRITING USA**®

Grant Writing  Grants Management  Training  Workshops & Seminars   |   Join us on Facebook    Follow us on Twitter    Watch us on YouTube 

<u>testimonials</u>   <u>frequent questions</u>   <u>list of upcoming events</u>   <u>host a workshop</u>   <u>contact</u>   <u>privacy</u>

Grant Writing USA delivers training programs across America that dramatically enhance performance in the areas of grant writing, grants management and grant maker research.

We are solely focused on delivering a learning experience that absolutely sizzles - the kind of experience that gets people excited about the limitless possibilities of their work and imparts significant information in a way that's firmly retained, easily recalled and immediately applicable.  We accomplish this in a setting that's 100% professional and as inspiring as it is educational.

*Endorsed By*

Gpa | Grant Professionals Association™

We have coached, trained, and consulted for nearly 15,000 top-rank organizations and more than 25,000 individual achievers from every imaginable domain: leaders of government, philanthropists, academics, outstanding nonprofit managers, top performing staffers, everyday heroes.  And because we learn as we teach, we have synthesized these champions' highest knowledge into one high-impact, fluff-free, fast-paced and thoroughly enjoyable learning experience.

Our woven message of excellence is our trademark and is why Grant Writing USA is *still* the fastest growing, most highly sought after grant writing *and* grant management training in America.

**<u>click here to find a grant workshop near you</u>**

**GRANT WRITING USA**®

Grant Writing Grants Management Training Workshops & Seminars   |   Join us on Facebook    Follow us on Twitter

**You offer two types of classes, grant writing and grant management. What's the difference?**

Grant writing (how to get the money) and grant management (what to do after you have it).  Managing the money in accordance with regulations and laws is often the tough part of the grants process.  Do it properly and you'll keep your auditors and grant makers happy, which will greatly increase your chances of continued funding.

**How much do your workshops cost and what do I get for my money?**

The grant *writing* class tuition is $425 and includes everything: two days of terrific instruction, work book and accompanying 400+MB CD.  The CD contains reference books, useful tools, links to funders and 220+ sample grant applications.  Graduates often comment that the CD alone is worth the cost of admission.  It is included at no additional cost.

The grant *management* class tuition is $595 and includes everything: two days of world-class instruction and an *extensive* participant guide and reference binder.

**What information do you cover?**

The grant *writing* class covers how to write grant proposals start to finish and how to locate and track relevant grant opportunities.  Federal, state, local and non-governmental, private sector grants are covered.  You'll learn everything you need to know to get started writing grants.  View class learning objectives here.  Beginning and experienced grant writers from city, county and state agencies as well as nonprofits, K-12, colleges and universities are encouraged to attend.

The grant *management* class is for government grant recipient organizations.  As such, in this class you'll learn how to manage your federal, state or local government grants in accordance with laws and mandatory compliance guidelines.  View the course content here.

**Are the classes for beginning or experienced participants?**

Both.  Historically, about 65% of those who attend our workshops are first timers.  Beginners learn what they need to be successful.  Experienced attendees gain new insights, sharpen skills, affirm their knowledge and value, and leave with a sense of renewed confidence in their abilities and mission.

**How and when can I pay my tuition?**

Payment by check or card is required by the workshop date unless other arrangements are made in advance.  That said, if you work for a government agency and choose to pay by check and you know it won't arrive by the workshop date, no problem, that's not unusual.  All we ask is that you do your best to move things along on your end before and after the class.  Payment at the time of online registration is requested but not required.

**Who should attend?**

Our workshops are for government and nonprofit professionals.  Staff, administrators, grant managers and makers, consultants and board members are welcome.  For-profit businesses seeking grants to fund workforce development and training or, research and development for the advancement of technology, medicine and/or national security are welcome, as are individual grant seekers such as artists, filmmakers and researchers.  Faith-based organizations are encouraged to attend.

Our workshops are **not** suitable for for-profit businesses seeking start-up capital or any other infommercial-alleged sources of "free money."  If you're looking for college tuition grants, you don't need us, you need a college finance counselor.  If you're not sure if we're for you, please ask.  We'll respond with a straight answer.

**What about special services for the handicapped?**

We make every reasonable effort to accommodate special needs.  For our hard of hearing and deaf friends, give us a 60-day notice in advance of your workshop and we'll do our best to provide a translator, cart writer or other adaptive device of your choice.  If you're visually impaired, our printed materials are available in large letter format.  Please give us

**Do I have to register in advance?**

Yes. After you decide which event you want to attend, please register online. It takes less than five minutes.

**Do I have to buy anything else to be a successful grant writer or grant manager?**

No, although having web access at your place of work is necessary as nearly every part of the grants process is in some way dependent on the web.

**I heard about other grant classes - is yours different?**

As different as night and day. If you didn't read the home page, please do. It's worth 30 seconds of your time. Then check out graduate testimonials. Their opinion is far more objective than ours.

**What's the itinerary?**

Grant writing class: both days, 9 a.m. sharp to not later than 4 p.m. with lunch on your own from noon 'til 1:20 P.M. Dress casual and comfortable.

Grant management class: both days, 9:00 a.m. sharp to not later than 4:00 p.m. with lunch on your own from noon 'til 1:00 P.M. Dress casual and comfortable.

**Who teaches the workshops?**

Our instructors each have more than twenty years experience. They must exceed rigorous personal and professional standards before they're invited to join our team. But rather than **us** telling you how good they are, take a moment to read what our **graduates** say.

**You don't have a workshop scheduled in my area. Why? Any plans to?**

We schedule workshops where we're invited. Once that happens, we seek a local host to assist in the preparations. Got a suggestion? Drop us a line!

Have you considered hosting a workshop? Hosting is a great way to gain favorable publicity, network with colleagues, attend the workshop free and if you like, raise money for your organization. Your cost to host: zero. For the well-networked professional hosting is a snap. If that's you, we want to hear from you ... but only after you read about and have a fairly good understanding of our hosting program.

**Did I see your commercial on TV?**

You mean the ones promoting the free money myth? No, that's not us. Not even close.

**Have you ever had a class where I live?**

If you live in or near a major city, probably yes, and we've held training classes in many smaller communities, too. If you want to see where we've been in recent years, check this state-by-state listing. Just remember, that link goes to a list of past events. For current and future events, check our master schedule, which is updated weekly.

**What can I do if I've been a victim of a scam by a grant company?**

If the company is based in Nevada, you have a right to file a complaint with the Bureau of Consumer Protection, Office of the NV Attorney General listed below:

Nevada Attorney General - Bureau of Consumer Protection
555 East Washington Street, Suite 3900
Las Vegas, Nevada 89101
702.486.3786

If the company is based in a state other than Nevada, check the Nation Association of Attorneys General website for information.

# EXHIBIT 2

YOUR RETURN MAILING ADDRESS

NAME: Grant Central USA

ADDRESS: 281 E. Colorado Blvd #701

CITY: Pasadena    STATE: CA    ZIP CODE: 91102

REGIS

*20110242655*

2

# FICTITIOUS BUSINESS NAME STATEMENT

### TYPE OF FILING AND FILING FEE (Check one)

☐ Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT) ☐ New Filings- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
☐ Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
$5.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

### The following person(s) is (are) doing business as:

*1. Grant Central USA                         2.
_____
                                              Print Fictitious Business Name(s)

** 281 E. Colorado Blvd. # 701              P O Box 701
   Street address of principal place of business    Mailing address if different

Pasadena    CA    91102    Los Angeles  | Pasadena    CA    91102
City         State   Zip    COUNTY         City        State   Zip

Articles of Incorporation or Organization Number (if applicable): AI #ON_____

### *** REGISTERED OWNER(S):

**1.** Rodney D. Walker
Full Name/Corp/LLC (P.O. Box not accepted)

1210 Palm Terrace
Residence Address

Pasadena,    CA    91104
City          State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

**2.**
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City          State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

**3.**
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City          State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

**4.**
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City          State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
☑ an Individual    ☐ a General Partnership    ☐ a Limited Partnership    ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership    ☐ a Corporation    ☐ a Trust    ☐ Copartners
☐ Husband and Wife    ☐ Joint Venture    ☐ State or Local Registered Domestic Partners    ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on ___Feb. 14, 2011___
                                                              (Insert N/A above if you haven't started to transact business)

### I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/CORP/LLC NAME (PRINT)  Rodney D. Walker    TITLE  President

REGISTRANT SIGNATURE  _Rodney D. Walker_  IF CORP OR LLC, PRINT NAME _____

### If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.
NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*

_DEAN C. LOGAN, LOS ANGELES COUNTY CLERK_    BY:_____  L. MOORE _____, Deputy

Rev. 09/2010    P.O. BOX 1208, NORWALK, CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET

PRLog Home | Business Index | Pressroom Index | Press Releases Home

 **Grant Central USA™**

About | Press Room | Contact

**Filter By Industry**
Select One ▼

**Filter By Tag**
Select One ▼

## Press Room

Follow on PRLog

Grant Central USA™ Press releases

**1 - 10 of 15 Press Releases**

**Grant Writing Webinar Offers Administrative Assistants New Career Options & Professional Development**
Sep 13, 2011
This webinar helps Administrative Assistants learn if grant writing is a good career path for them. It is free and on-demand. Administrative Assistants have a wide array of skills that are transferable into becoming a professional grant writer.

**Grant Writing Consultant Provides More Than Just Grant Writing Services For Los Angeles and New York**
Sep 13, 2011
A Grant Writing Consultant provides a variety of services to help organizations secure funding, typically grant writing. Grant Central USA offers far more than the average services to a broad array of clients to help them meet their funding goals.

**Grant Writers Continuing Education With New Grant Professionals Roundtable**
Jul 11, 2011
Grant Professionals coming together discussing important issues and avoiding isolation and getting support while also learning today's best practices and industry trends. Grant Central USA is excited to offer this dynamic and relevant program.

**Grant Writing Classes Online Helps Provide Scholarships and Coaching To Worthy Organizations**
Jul 02, 2011
Grant writing classes and trainings can be the difference between an organization winning public and private grants or not. Grant Central USA is closing the gap to assist a number of under-served organizations learn with $150,000 scholarships.

**Grant Writing Workshop in Los Angeles Area (Grant Central USA™)**
Mar 08, 2011
Grant Central USA is happy to announce it will offer one of its award-winning grant writing workshops in the greater Los Angeles area on April 15, 2011 from 9 a.m. – 1 p.m. (Pasadena,CA)

**Grant Writing Online Course Practically Pays For Itself**
Mar 01, 2011
In today's tight economic environment nonprofits owe it to themselves to make wise investments. By learning how to write a grant proposal and securing just one grant an organization can add to their bottom line immediately and in the future.

**Online Grant Writing Course Shares What Grant Writers Love About Their Profession**
Feb 03, 2011
GrantWritingOnlineCourse.com provides insight into what professional grant writers are saying about what they love about being a grant writer. You may be surprised to learn what these skilled writers say excite them about their profession.

**Grant Writing Blog Interview with Today's Funders About Common Mistakes in Securing Grant Money**
Feb 02, 2011
The following interview is with Leslie Ito, Program Officer, California Community Foundation. She shares many valuable pointers to help new and veteran grant writers in their grant seeking efforts. Transcribed from Grant Writing Insights.

**Grant Writing Assistance & Online Training Takes The Guesswork Out Of The Grant Writing Process**
Dec 10, 2010
Writing for a grant can be intimidating. GrantWritingOnlineCourse.com offers a way to remove the mystery and fear out of the grant writing process by providing samples, templates, informative lectures, and access to a Grant Writing Online Library.

**Grant Proposal Writing For Non Profit Organizations Is Now Easier with Grant Writing Online Training**
Dec 06, 2010
Grant proposal writing for non profit organizations does not have to be a complicated process. Grant Writing Online Course helps agencies learn the entire grant writing process quickly and easily in the comfort of their agency. Try free e-course!

Page: 1 2 Next

RSS Feed for Grant Central USA™ Press Releases

Share This Page

Website



# Non Profit-Direct
## Non Profit National Resource Directory
Connecting the nonprofit sector with the
RESOURCES you need to SUCCEED

| Welcome ▾ | Products & Programs ▾ | Teleseminars | E-Newsletter Articles ▾ | Our Directory ▾ | FAQ's | Nonprofit Resource Library |



Learn Grant Writing Now!
Try Free E-Course Today!

## On-Line Grant Writing Courses with Grant Central USA



**GRANT WRITING**
ONLINE COURSE
Learn to write grants that get funded, quickly and easily!

Isn't it time you learned professional grant writing to get the results you deserve?



Consultants & Vendors
Select A Service C

Quick Links (Chose one) ▾  GO

Search by Keyword

Sign Up For Ou
Monthly E-News

Name

Organization

Email Address

NonProfit Direct: The NonProfit National Resource Directory has partnered with Grant Central USA to bring you their On-Line Grant Writing Courses.

" As a long-time writer of grant proposals, I believe that Grant Central USA's standard on-line course is an easy-to-use, easy-to-understand, easy-to-follow guide to writing your first grant proposals.", says Marcia Bloomberg, CEO of The Bloomberg Group and founder of NonProfit Direct. "The other Grant Central USA courses build on this essential base of skill and can move you toward successfully securing foundation, corporate and/or public funding for your organization."

The number of grantmaking U.S. foundations has increased each year since the early 1980s, and the nation's foundation community is now more than three times larger. (The Foundation Center's Foundation Growth and Giving Estimates, 2010 Edition)

**Is your nonprofit organization receiving the grant funding you need to thrive?**

In an effort to help nonprofit organizations in their grant writing efforts, **Grant Central USA** has launched three grant writing online courses which they say, "practically pays for itself." Most of today's grant proposals fail because many grant writers do not follow the directions and make many easy to correct mistakes.

Grant Central USA offers a free e-course. Grant Central USA also provides an entry level course for only $99 for beginning grant writers.. Their more advance courses, such as their Standard and Deluxe Course go into greater details and depth about grant writing,  helping grant seekers create winning proposals.

"Where can you invest $549 or less than $1,300 and have someone turn around and provide your organization with $25,000?  But when you learn how to write great grant proposals you are able to do just that.  We have had students write their first grant proposal and secure that amount and we have even witnessed others fresh out of the gate who secure funding for 10 times that amount," says Grant Central USA's officials.

Grant Central USA also conducts in-person grant writing training in cities across the United States, and offers monthly teleseminars for the convenience of their clients. State or federal funding is available, if you know how to go about finding it and writing a grant proposal that stands out from the rest.

Register Now! for one of Grant Central USA's online grantwriting courses.



**GRANT WRITING**
ONLINE COURSE
Learn to write grants that get funded, quickly and easily!

Grant Central USA's Basic, Standard, and Deluxe grant writing classes show you how to find, write and submit proposals for all kinds of grants including government grants, education grants and non-profit organization grants, and you can pursue your grant writing training at home and at your own pace.

The grant writing seminars and courses are taught at colleges and universities, and these courses have helped many to advance into grant writing careers.

Grant Central USA offers a variety of content-rich online grant writing courses for you to choose from including:

- Basic Course
- Standard Course
- Deluxe Course
- Monthly Teleseminars

Grant Central USA's online grant writing course is packed with many helpful grant writing tips, examples, techniques, strategies and articles to help you learn grant writing.

In a report released by the Foundation Center, a record $6.9 billion dollars in grant funding was awarded in 2008 to programs serving the economically disadvantaged in the U.S. While this fact is


Email Marketing from Constant Contact.
for your small business?
Constant Contact
FREE 60-DAY TRIAL

an encouragement to many in the nonprofit world seeking funds, too many still struggle to obtain grant funding because they simply do not have the tools for successful grant proposal writing. Nonprofits report about the challenge of repeatedly sending in proposals that continually get denied, and they wonder what they are doing wrong.

Professional grant writers and representatives from nonprofit organizations have greatly benefited with dramatic results through Grant Central USA's 3-day grant writing workshops, just like Wendell E. Hall, Deputy Executive Director of Outward Bound Adventure. He said, "Through coaching and specialized classes and instruction...we have had a 70% hit rate in grant application approvals."

Now, you can create your own success by attending courses right from the comfort and convenience of your home or workplace through Grant Central USA, a foremost provider of one of the only online grant writing courses that is CFRE-accredited.

Clayton M. Christensen, professor of business administration at Harvard Business School states, "People will still go to school buildings, but much of the learning will be offered online, and the role of the teacher in the physical classroom will change over time from the sage on the stage to the guide on the side - to be a mentor, motivator, and coach."

In a recent report by the Alfred P. Sloan Foundation, 4.6 million students took at least one online course in the fall 2008 term, which was a 17 percent increase from the prior year. The study also found that one in four higher education students now take at least one course online.

Are you wondering what distinguishes Grant Central USA's online grant writing course from all the rest?  Their training is professionally designed and approved for CFRE™ continuing education credits, and it is taught in universities, colleges, and corporations.  It's packed with templates, samples, and many grant writing tips and techniques to help your grant proposal gain a competitive edge and, most importantly, to get funded.  Their Grant Writing Online Library is loaded with resources to help you write grants quickly and easily without wasting a lot of time.



Effective grant writing skills are vital to organizations that depend on state and government grants to remain solvent and move forward with their goals. The competition for non-profit grants can be intense, and too often individuals charged with writing grant proposals for their organizations are unaware of the proper way to write and submit one.

Whether you are a beginning, intermediate or advanced grant writer, Grant Central USA can help you to write grants quickly, easily and more effectively through insiders' tips and strategies learned in their award-winning online courses.

But where to find grants to fund your organization?  Grant Central USA's courses have helped hundreds  learn the most effective ways to get funded. Through their Basic, Standard and Deluxe Courses students can learn the art of effective grant writing in great detail, including:

- Current Trends in Grant Writing
- How to Research Organizations and approach Funders the Correct Way
- Provide Funders with what they are really looking for
- Discover how to develop a great Needs Statement and show Funders what your outcomes will be with great goals and objectives
- How to describe your organization, its history, and programs with flair
- Create budgets that are easy to understand
- Learn how to incorporate evaluations into your grant proposal
- Craft cover letters that get noticed

Tour Grant Central USA's on-line grant writing site and see  what others are saying about the programs. Afterwards, you can sign up for a Free E-Course (click the Grant Writing Online Course banner ) which will be delivered to you immediately and includes a Grant Writing Starter's Kit. You will be able to see for yourself why Grant Central USA's on-line grant writing courses can help your organization thrive.



© Copyright 2012 The Bloomberg Group Greenfield, MA
marcia.bloomberg@gmail.com

 **Advertise With Us**

Consultants, Vendors and Specialists:  To reach thousands of nonprofit organizations throughout the United States, advertise with The Non Profit National Resource Directory.

Click here to learn more

Sign up to receive a *FREE* E-Course and E-zine!

-Enter Name-  -Enter Email- [    ] [ Go ]

Call **1.888.293.0284**

   Like   0

### Basic Course - $229

Your grant writing help is only a click away! Gain instant access to special knowledge in grant application writing.



**Learn More... Watch Video**

### Standard Course - $549

Experience our comprehensive online grant writing course that's packed with rich content, grant writing samples, and tips to help you learn quickly.

**Discover More... Watch Video**

### Deluxe Course - $1,295

Isn't it time you learned professional grant writing to get the results you deserve? Learn grant writing online plus get expert one-on-one coaching.



**Experience More... Watch Video**

Complete the form below to contact us and request information or call us at 1.888.293.0284.

Required *

Name: *       _____
Company:      _____
Email: *      _____
Phone:        _____
Department:   [ - Select One -    ▼ ]
Question/Comments:  _____

[ Submit ]



**Hear What Others Are Saying**
Just a few of the hundreds of testimonials we have on file.   ☒

**Approved Provider For**



CFRE
2011
**Continuing Education**



Frequently Asked Questions:

Why should I take a grant writing online course?
Do I need to have written a grant before to take your grant writing courses?
How many sessions does your Standard online grant writing course include?
Will your courses teach me how to apply for government grants?
Why shouldn't I just take grant proposal writing course at a college or university?
Do you guarantee that if I take grant writing training courses guarantee my future proposals will be funded?
Will I have access to the samples and templates used in your grant writing classes?
Will I receive a grant writing certification from Grant Central USA?
Can your grant writing seminars and courses help me to become a professional grant writer or consultant?
Can I really learn to write non-profit organization grants online?

Copyright© 2010 - Warning: date(): It is not safe to rely on the system's timezone settings. You are *required* to use the date.timezone setting or the date_default_timezone_set() function. In case you used any of those methods and you are still getting this warning, you most likely misspelled the timezone identifier. We selected 'America/Los_Angeles' for 'PST/-8.0/no DST' instead in /home/grantwritingonlinecourse/public_html/includes/footer.inc on line 40 2012 Grant Central USA™
Call Us Today! 1.888.293.0284

About 101,000 results (0.25 seconds)

Ads by Google

Rodney Walker's Records
Did you know Rodney Walker's criminal history is searchable?
www.instantcheckmate.com/

United States Grants
Apply Now for USA Grant Funding. Billions Available. Apply Today.
www.usafundingapplications.org/

2012 Grants
You May Qualify for a Grant Go Back To College Today!
www.grants.classesusa.com/

2012 Business Grants       2012 Criminal Justice Grants
2012 Psychology Grants     2012 Counseling Grants
2012 Healthcare Grants     2012 IT/Technology Grants

We Found:Rodney Walker
1) Contact Rodney Walker - Free Info! 2) Current Address, Phone & More.
www.peoplesmart.com/

Ads by Google

We Found Rodney Walker
1) Get Phone/Address/Age Instantly! 2)
Find Anyone, Anywhere for Free.
www.peoplefinders.com/

We Found:Rodney Walker
1) Try Free! Rodney Walker Info. 2)
Current Address, Phone & More.
www.usa-people-search.com/

Grants USA Info
Grants, Scholarships, Student Loans
May Be Available if You Qualify.
www.educationconnection.com/

Grants &              Grants &
Scholarships          Scholarships for
Grants,               Women
Scholarships for      College Financial
Minorities            Aid

Rodney Walker
Public Records Found For: Rodney
Walker. View Now.
www.publicrecords.com/

USA Grants
Find Fast Facts, References and More
on Ask.com. Get Answers Now!
www.ask.com/USA+Grants

Grant Central USA Joins GrantStation's Insider Program ...
Sep 1, 2011 ... **Grant Central USA** has recently joined GrantStation as a new ... their grant proposal writing," said **Rodney Walker**, CEO of **Grant Central USA**.
grantstation.wordpress.com/.../grant-central-usa-joins-grantstation's-insider- program/



Rodney D. Walker, M.B.A., M.A. | LinkedIn
► Empowering philanthropic leaders and grant professionals with solutions to increase focus, clarity, and performance.- Greater Los Angeles Area
**Rodney D. Walker** is a leading expert in philanthropy and grant writing for nonprofit organizations and is the President of **Grant Central USA**, an industry leader ...
www.linkedin.com/in/**rodneydwalker**

Rodney Walker profiles | LinkedIn
View the profiles of professionals named **Rodney Walker** on LinkedIn. ... CEO at **Grant Central USA**, Business & Executive Coaching, President at Walker & ...
us.linkedin.com/pub/dir/**Rodney/Walker**



64th Emmy Awards Interview with **Rodney D. Walker** - YouTube
Sep 30, 2012 ... **Grant Central USA's** founder, **Rodney D. Walker** shares a few words on the red carpet at the 64th Emmy Awards 2012.
www.youtube.com/watch?v=0CtkOCmLHPo



Fall Into **Grant Central USA's** NEW Blog
Oct 9, 2012 ... **Grant Central USA** has officially launched its new and engaging ... grant writer and a little," says **Rodney Walker**, President and ...
www.prweb.com/releases/2012/10/prweb9994392.htm



Grant Writing Training, Tips and Advice from **Rodney D.**
Oct 20, 2012 ... Grant Writing Training, Tips and Advice from **Rodney D. Walker** ~ **Grant Central USA**. GrantWritingOnline. Subscribe Subscribed Unsubscribe ...
www.youtube.com/watch?v=2Hw480TCgZE



Grant Central USA Partners With GrantStation's Insider Program
Aug 31, 2012 ... **Grant Central USA** continues to build strong partnerships and ... their grant proposal writing," said **Rodney Walker**, CEO of **Grant Central USA**.
www.prweb.com/releases/2012/8/prweb9857826.htm



Grant Central USA ~ Grant Writing Trainings - YouTube
64th Emmy Awards Interview with **Rodney D. Walker** GrantWritingOnline 161 views 1 month ago **Grant Central USA's** founder, **Rodney D. Walker** shares a few ...
www.youtube.com/user/**Grant**WritingOnline



Philanthropic Leaders Share Their Wisdom and Insight ...
**Rodney D. Walker** is a leading expert in philanthropy and grant writing for nonprofit organizations and is the President of **Grant Central USA**, an industry leader ...
www.grantwritingonlinecourse.com/philanthropic-leaders/



Grant Central USA's Training in Hawaii Was a Great Success
Oct 4, 2012 ... **Grant Central USA** has taken their expertise grant writing training to ... opportunities for GCUSA in the near future," says **Rodney Walker**.
www.prweb.com/releases/2012/10/prweb9963474.htm

Rodney Walker Grant Central USA

Companies by Location: Pasadena, CA



Copyright © Manta Media Inc. All rights reserved  Note: Our Privacy Policy and Terms & Conditions have changed 6/1/12     Blog    Twitter    Facebook    Google+    News
Updates

# EXHIBIT  3

# United States of America

### United States Patent and Trademark Office

# Grant Writing USA

**Reg. No. 4,156,767**

**Registered June 12, 2012**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROD HELM (UNITED STATES INDIVIDUAL)
4060 DUSTIN AVENUE
LAS VEGAS, NV 89120

FOR: PROVIDING ADVISORY SERVICES IN THE FIELD OF WRITING, ADMINISTRATION AND MANAGEMENT OF GOVERNMENT AND PRIVATE SECTOR GRANTS TO GRANT PROPOSAL TEAMS, GRANTS ADMINISTRATIVE OFFICES, AND GRANT MAKING ENTITIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-2-2002; IN COMMERCE 10-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRANT WRITING", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-332,918, FILED 5-27-2011.

SARA BENJAMIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Grant Management USA

**Reg. No. 4,156,769**

**Registered June 12, 2012**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ROD HELM (UNITED STATES INDIVIDUAL)
4060 DUSTIN AVENUE
LAS VEGAS, NV 89120

FOR: PROVIDING ADVISORY SERVICES IN THE FIELD OF WRITING, ADMINISTRATION AND MANAGEMENT OF GOVERNMENT AND PRIVATE SECTOR GRANTS TO GRANT PROPOSAL TEAMS, GRANTS ADMINISTRATIVE OFFICES, AND GRANT MAKING EN-TITIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-2-2002; IN COMMERCE 10-2-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRANT MANAGEMENT", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-332,928, FILED 5-27-2011.

SARA BENJAMIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 5

# Silver State

## L E G A L ®

### A Division of Grobl Associates, Ltd.

**VIA CERTIFIED MAIL – RRR**
**ARTICLE NUMBER: 7008 1140 0003 8225 7424**

October 5, 2012

Rodney D. Walker
Grant Central USA
P.O. Box 701
Pasadena, California 91102

**RE:     DEMAND TO CEASE AND DESIST**

Dear Mr. Walker:

Please be advised that this firm represents Rod Helm, the federally registered owner of multiple trademarks for *Grant Management USA* and *Grant Writing USA* (hereinafter referred to collectively as the "Trademarks") which he has used continually in commerce for over ten (10) years. For your convenience copies of the registration certificates for the Trademarks are included herewith.

As you may or may not know, Mr. Helm's Trademarks and his company are commonly known throughout the grant writing and grant management community as a well known and well respected entity with a stellar reputation for its workshops and seminars.

It has recently come to Mr. Helm's attention that your company, Grant Central USA, is using a name similar to that of Mr. Helm's Trademarks. In addition, it also appears that portions of the language used on your website to advertise your services and business model are quite similar to the language used by Mr. Helm's website in connection with his federally protected Trademarks. Not only are your company's name, website and services with this similar name being confused by both existing and potential clients, it is also causing confusing with colleagues within the grant writing and grant management community. Furthermore, the use of the words *"Grant Management USA"* and *"Grant Writing USA"* and/or similar terms when used in the promotion of grant management and grant writing through interstate commerce without the express permission of Mr. Helm is a violation of his federal rights and constitutes a violation of the United States Trademark and Unfair Competition Act under 15 U.S.C. sections 1051, 1125(a) and 1125(c).

**Cease and Desist Letter**
**October 5, 2012**
**Page 2**

With the above in mind, we must respectfully demand that you take any and all actions required to cease and desist this unauthorized use of the words "*Grant Management USA*" and "*Grant Writing USA*" and/or similar terms when used in the promotion of grant management and grant writing by your business. In addition, we also respectfully demand that you cease and desist the unauthorized use of language to advertise your services and business model which are similar to the language used by Mr. Helm's website in connection with his federally protected Trademarks on your website, affiliates' web sites, blogs, media distribution sites, press releases and to the extent possible, mentions of Grant Central USA appearing on the websites of others. I would like to thank you in advance for your expediency in taking these responsive actions and expect that these actions will be completed and verification sent to this office by no later than October 19, 2012.

Please understand that it is not Mr. Helm's goal to harm your business in any way, but rather to protect the intellectual property they have spent so much time and money creating for over ten (10) years. I am sure that you can appreciate his position.

Please note, however, that this will be your first and last notice with regard to your violation of Mr. Helm's federally registered Trademarks. Any future discovery of unauthorized use will leave us with no other alternative than to enforce his rights to the full extent of the law including, but not limited to obtaining injunctive relief enjoining any unauthorized use of the words "*Grant Management USA*" and "*Grant Writing USA*" and/or similar terms, as well as seeking monetary damages in the form of recovering past profits through a court ordered accounting, punitive (treble) damages, costs of suit and attorney's fees. Please guide your actions accordingly.

Most Respectfully,

Christopher R. Grobl, Esq.

cc:    Rod Helm

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

## CV13- 405 RGK (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.



Name & Address: Frank Frisenda (SB#85580)
FRISENDA, QUINTON & NICHOLSON
11601 Wilshire Blvd., Suite 500
Los Angeles, CA  90025
Tele:  702/792-3910
E-Mail:  frankfrisenda@aol.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD HELM, an individual, <br><br> PLAINTIFF(S) <br><br> v. <br><br> RODNEY D. WALKER, an individual, and DOES 1 Thru 10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV13-00405-RGK(SHx)** <br><br><br><br> **SUMMONS** |

TO:  DEFENDANT(S): RODNEY D. WALKER, an individual _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Frank Frisenda _____, whose address is 11601 Wilshire Blvd., Suite 500, Los Angeles, A  90025 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  JAN 1 8 2013 _____

By: __ ANDRES PEDRO __
Deputy Clerk

(Seal of the Court)
1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ROD HELM, an individual | RODNEY D. WALKER, an individual, and DOES 1 thru 10, inclusive. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Frank Frisenda, FRISENDA, QUINTON & NICHCOLSON<br>11601 Wilshire Blvd., Ste. 500, Los Angeles, CA 90025<br>Tele: 702/792-3910   Fax: 702/436-4176   E-Mail: frankfrisenda@aol.com | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 USC 1117 - TRADEMARK INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV13-00405

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**III(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**III(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. VENUE:** (When completing the following information, use an additional sheet if necessary.)

a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | *Clark County, NV* |

b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *Los Angeles, CA* | |

c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| *Los Angeles, CA* | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date _*1/17/13*_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |